ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 AUG 26 PM 4: 23
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| M. SANDRA JACKSON and SAMMY JACKSON, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. CV 313-083 |
| BAYVIEW LOAN SERVICING, LLC, | * * | |
| Defendant. | * * | |

# ORDER

On July 24, 2014, Plaintiffs filed a motion to dismiss without prejudice the captioned case involving allegations of unlawful foreclosure of real property. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own ~~costs.~~

**ORDER ENTERED** at Augusta, Georgia, this 26 day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE